AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kaufman, Victoria S. | California - Bankruptcy Court | 11/30/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Bankruptcy Court
San Fernando Valley Division
21041 Burbank Boulevard, Suite 354
Woodland Hills, CA 91367

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Tennis Channel, salary |
| 2. | 2015 | ATP, Board member fees |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ▓▓▓▓▓ | High School Tuition | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 11/30/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank accounts | A | Interest | M | T | | | | | |
| 2. JPMorgan Chase accounts | | None | J | T | | | | | |
| 3. Trust # 1 | | | | | | | | | |
| 4. -- No reportable assets | | | | | | | | | |
| 5. Kaufman Investments LLC | B | Rent | L | U | | | | | |
| 6. Brokerage Acct. # 1 | | | | | | | | | |
| 7. -- Money Market Account (Mesirow Financial) | A | Dividend | M | T | | | | | |
| 8. -- Connacher Oil & Gas Ltd. | | None | | | Sold | 04/30/15 | J | | |
| 9. -- Kandi Technologies | | None | K | T | | | | | |
| 10. -- Net 1 UEPS Tech | | None | K | T | Sold (part) | 06/05/15 | K | D | |
| 11. | | | | | Sold (part) | 06/15/15 | K | D | |
| 12. | | | | | Sold | 06/17/15 | K | D | |
| 13. | | | | | Buy | 12/16/15 | K | | |
| 14. -- North Atlantic Drilling | | None | J | T | Sold (part) | 10/08/15 | J | | |
| 15. -- Stealthgas, Inc. | | None | K | T | Buy | 08/07/15 | K | | |
| 16. -- Vantage Drilling | | None | | | Sold | 10/22/15 | J | | |
| 17. Brokerage Acct. # 2 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kaufman, Victoria S. | 11/30/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Money Market Account (Goldman Sachs) | None | | N | T | | | | | |
| 19. -- Exco Resources | None | | J | T | | | | | |
| 20. -- Great Lakes Dredge & Dock Corp. | None | | | | Buy | 03/24/15 | J | | |
| 21. | | | | | Sold | 04/20/15 | J | | |
| 22. -- Kandi Technologies Corp. | None | | L | T | Sold (part) | 03/19/15 | J | C | |
| 23. | | | | | Buy | 03/30/15 | J | | |
| 24. | | | | | Buy | 05/18/15 | J | | |
| 25. | | | | | Buy | 07/07/15 | J | | |
| 26. | | | | | Buy | 07/31/15 | J | | |
| 27. | | | | | Buy | 08/06/15 | J | | |
| 28. | | | | | Sold (part) | 11/16/15 | J | B | |
| 29. | | | | | Sold (part) | 12/22/15 | J | D | |
| 30. | | | | | Sold (part) | 12/29/15 | J | C | |
| 31. -- Navigator Holdings, Ltd. | None | | J | T | Buy | 11/23/15 | J | | |
| 32. | | | | | Buy | 12/09/15 | J | | |
| 33. -- Net 1 UEPS Technologies, Inc. CMN | None | | M | T | Sold (part) | 03/09/15 | J | C | |
| 34. | | | | | Buy | 04/23/15 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kaufman, Victoria S. | 11/30/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 05/26/15 | J | D | |
| 36. | | | | | Sold (part) | 06/04/15 | J | C | |
| 37. | | | | | Sold (part) | 06/12/15 | J | D | |
| 38. | | | | | Sold (part) | 06/17/15 | K | D | |
| 39. | | | | | Sold | 06/25/15 | J | D | |
| 40. | | | | | Buy | 10/11/15 | J | | |
| 41. | | | | | Buy | 11/16/15 | J | | |
| 42. | | | | | Buy | 11/17/15 | J | | |
| 43. | | | | | Buy | 12/16/15 | J | | |
| 44. | | | | | Buy | 12/21/15 | J | | |
| 45. | | | | | Buy | 12/23/15 | J | | |
| 46. | | | | | Buy | 12/30/15 | J | | |
| 47. -- Newlink Genetics | | None | | | Sold | 01/29/15 | J | B | |
| 48. -- North Atlantic Drilling | | None | J | T | Sold (part) | 01/02/15 | J | | |
| 49. | | | | | Sold (part) | 02/12/15 | J | | |
| 50. | | | | | Buy | 06/19/15 | J | | |
| 51. | | | | | Sold (part) | 10/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 11/30/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Premier Exhibitions CMN | | None | | | Sold | 12/28/15 | J | | |
| 53. -- Rice Bran Technol. | | None | K | T | Buy | 01/05/15 | J | | |
| 54. | | | | | Buy | 05/07/15 | J | | |
| 55. | | | | | Buy | 05/28/15 | J | | |
| 56. | | | | | Buy | 06/17/15 | J | | |
| 57. | | | | | Buy | 07/08/15 | J | | |
| 58. | | | | | Buy | 11/18/15 | J | | |
| 59. -- Seabridge Gold, Inc. | | None | | | Buy | 03/19/15 | J | | |
| 60. | | | | | Sold | 05/04/15 | J | A | |
| 61. -- Sigma Designs - Common | | None | | | Sold (part) | 01/14/15 | J | C | |
| 62. | | | | | Sold (part) | 05/15/15 | J | C | |
| 63. | | | | | Sold (part) | 06/02/15 | J | C | |
| 64. | | | | | Sold | 06/12/15 | J | C | |
| 65. -- Stealthgas, Inc. | | None | K | T | Buy | 01/29/15 | J | | |
| 66. | | | | | Buy | 07/23/15 | J | | |
| 67. | | | | | Buy | 07/29/15 | J | | |
| 68. | | | | | Buy | 08/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 11/30/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 08/13/15 | J | | |
| 70. | | | | | Buy | 08/17/15 | J | | |
| 71. | | | | | Buy | 08/24/15 | J | | |
| 72. | | | | | Buy | 08/27/15 | J | | |
| 73. -- Ultra Petroleum Corp. | | None | J | T | Buy | 12/09/15 | J | | |
| 74. | | | | | Buy | 12/22/15 | J | | |
| 75. | | | | | Buy | 12/23/15 | J | | |
| 76. -- Unilife Corp. | | None | J | T | Sold | 01/29/15 | J | B | |
| 77. | | | | | Buy | 06/19/15 | J | | |
| 78. | | | | | Buy | 09/08/15 | J | | |
| 79. | | | | | Buy | 10/13/15 | J | | |
| 80. | | | | | Buy | 12/22/15 | J | | |
| 81. -- Vantage Drilling | | None | | | Sold | 10/22/15 | J | | |
| 82. -- Virntex Holding | | None | J | T | | | | | |
| 83. 529 Acct. # 1 | | | | | | | | | |
| 84. -- Passive Age Based Portfolio | | None | K | T | | | | | |
| 85. -- Passive Conservative Portfolio | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 11/30/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. 529 Acct. # 2 | | | | | | | | | |
| 87. -- Short Term Yield Portfolio A | | None | K | T | Sold (part) | 01/29/15 | K | | |
| 88. -- American Century Diversified Bond Portfolio A | | None | J | T | Buy | 01/29/15 | J | | |
| 89. -- Equity Income Portfoilio A | | None | J | T | Buy | 01/29/15 | J | | |
| 90. -- Main Street Portfolio A | | None | J | T | Buy | 01/29/15 | J | | |
| 91. -- Real Estate Portfolio A | | None | J | T | Buy | 01/29/15 | J | | |
| 92. -- Senior Floating Rate Portfolio A | | None | J | T | Buy | 01/29/15 | J | | |
| 93. IRA # 2 | | None | J | T | | | | | |
| 94. -- Central Gold Trust | | | | | | | | | |
| 95. IRA # 3 | | None | K | T | | | | | |
| 96. -- Ishares Gold Trust | | | | | | | | | |
| 97. -- Ishares Silver Trust | | | | | | | | | |
| 98. Annuity # 1 | | | | | | | | | |
| 99. -- Fidelity VIP Money Market | | None | K | T | | | | | |
| 100. Tennis Channel 401(K) | | None | | | | | | | |
| 101. -- AMCAP Fund | | None | K | T | Buy | 07/22/15 | K | | |
| 102. -- American Funds 2035 Target Date | | None | K | T | Buy | 07/22/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 11/30/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- American Funds Money Market Fund | | None | | | Redeemed | 07/22/15 | L | | |
| 104. -- Capital Income Builder | | None | J | T | | | | | |
| 105. -- Capital World Growth & Income | | None | J | T | | | | | |
| 106. -- New World Fund | | None | J | T | | | | | |
| 107. IRA # 4 | | | | | | | | | |
| 108. -- Gvt. MoneyMarket (Schwab) | | None | J | T | Buy | 01/20/15 | K | | |
| 109. | | | | | Redeemed | 02/27/15 | K | | |
| 110. -- Ishares Silver Trust | | None | J | T | | | | | |
| 111. -- Resource Real Estate | | None | K | T | Buy | 02/27/15 | J | | |
| 112. -- Sierra Strategic Income | | None | K | T | Buy | 02/27/15 | J | | |
| 113. IRA # 5 | | | | | | | | | |
| 114. -- Ishares Gold Trust | | None | J | T | | | | | |
| 115. IRA # 6 | | | | | | | | | |
| 116. -- Fidelity Freedom 2030 | | None | K | T | Buy | 01/05/15 | K | | |
| 117. -- Ishares TIPS Bond ETF (formerly Ishares) | | None | J | T | | | | | |
| 118. -- Spartan 500 Index FD | | None | J | T | Buy | 01/05/15 | K | | |
| 119. -- Wells Fargo Insured Deposit (formerly RBS Citizens Insured Deposit) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 11/30/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. IRA #7 | | | | | | | | | |
| 121. -- Community National Savings Account | | None | J | T | | | | | |
| 122. -- KBS Real Estate Inv. Trust II, Inc. | B | Dividend | K | T | | | | | |
| 123. -- Phillips Edison ARC Grocery | | None | K | T | | | | | |
| 124. Capital One account # 1 | B | Interest | M | T | | | | | |
| 125. Capital One account # 2 | A | Interest | L | T | | | | | |
| 126. Capital One account # 3 | A | Interest | K | T | | | | | |
| 127. Annuity # 2 - John Hancock Money Market | | None | L | T | | | | | |
| 128. UTMA Account # 1 | | | | | | | | | |
| 129. -- Ishares Gold Trust | | None | | | Sold | 08/14/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 11/30/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding income from Kaufman Investments, LLC, the 2014 K-1 indicates that the majority income was rental, and that is the reason I selected "Rent" for B(2). VII.5.

Regarding KBS Real Estate Inv. Trust II, Inc., it was moved from IRA #4 to IRA #7. VII. 122.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Victoria S. Kaufman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544